**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ENA EDOUARD,
Plaintiff,

v.

CONCERT HEALTH, INC., and
ROBYN CARTER-PENDLETON,
Defendants.

Civil Action No. 3:25-cv-01786-KAD

**PLAINTIFF'S MOTION FOR REIMBURSEMENT OF SERVICE EXPENSES ARISING FROM ALLEGED EVASION OF SERVICE**

Plaintiff, appearing pro se, respectfully moves this Court for an order requiring Defendant Robyn Carter-Pendleton to reimburse Plaintiff for reasonable expenses incurred in attempting to effectuate service of process.

Plaintiff has undertaken repeated, good-faith efforts to serve Defendant through professional process servers at multiple locations.

Despite these efforts, resulting in substantial additional expenses, unnecessary delays, and interference with the orderly progression of this ongoing litigation.

On November 2, 2026, process server Francis Okafor documented an attempted service at what Plaintiff understands to be Defendant Pendleton's residence. According to the process server's written statement, an individual refused to identify herself, refused to accept the legal documents, and appeared to match Defendant's Pendelton physical description and photograph.

Plaintiff submits that this incident, considered together with the documented history of unsuccessful service attempts, supports a reasonable inference that Defendant may be intentionally avoiding service of process.

Furthermore, Plaintiff alleges that Defendant has maintained a professional association with Concert Health, Inc., a substantial corporate entity and co-defendant in this litigation. Despite Defendant's alleged continued association with the company, Plaintiff's efforts to locate and serve Defendant have been unsuccessful in the past.

Plaintiff respectfully submits that Defendant's apparent avoidance of service has unnecessarily prolonged this litigation, imposed additional financial burdens upon Plaintiff, and impeded Plaintiff's ability to pursue her claims in a timely and efficient manner.

FILED NOV 4 2026 PM 3:12
FILED - USDC - CT - BPT

Plaintiff has acted diligently and in good faith to comply with the Federal Rules of Civil Procedure and the Court's orders. Plaintiff should not be required to bear escalating service expenses resulting from deliberate evasion, should the Court find that such evasion occurred and that reimbursement is authorized by law.

**WHEREFORE, Plaintiff respectfully requests that this Court:**

1. Review the documented service attempts and determine whether Defendant Robyn Carter-Pendleton has intentionally evaded service of process.
2. Order Defendant to reimburse Plaintiff for reasonable, necessary, and documented expenses incurred in attempting to effectuate service, to the extent permitted by applicable law.
3. Consider the prejudice, financial hardship, and unnecessary litigation delays resulting from the repeated unsuccessful service attempts.
4. Grant such additional relief as the Court deems just and appropriate.

Respectfully submitted,

Plaintiff, Pro Se